■ The People of the State of New York, Respondent, v Willis Moore, Appellant.

Defendant's challenge to the sufficiency of the plea allocution is not preserved for appellate review, as a matter of law (*see,* CPL 470.05 [2]; *People v Hoke,* 62 NY2d 1022; *People v Pellegrino,* 60 NY2d 636). In any event, the allocution satisfied the requirements of *People v Harris* (61 NY2d 9) and thus vacatur is not warranted (*see, People v De Santis,* 108 AD2d 821; *People v Schron,* 109 AD2d 762).

In addition, we find no merit in defendant's contention that the imposed sentence of 8 to 16 years' imprisonment for his robbery conviction, which was the product of a negotiated plea, was unduly harsh and excessive (*People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80).

We have also reviewed defendant's contentions raised in his supplemental *pro se* brief and have found them to be without merit. Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.